FILED 13 JUL '21 16:19 USDC-ORP

**SEALED**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-__243 HZ__ |
| v. | **INDICTMENT** |
| CRYSTAL GIDDENS, | 18 U.S.C. §§ 641 |
|  | 42 U.S.C. §§ 408(a)(5) |
| Defendants. | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between on or about March 1, 2017, and continuing through on or about November 30, 2020, within the District of Oregon, defendant CRYSTAL GIDDENS did knowingly and willfully steal and convert to her own use or the use of another, money of the Social Security Administration, a department and agency of the United States, to wit: by receiving Supplemental Security Income benefits intended for care of MV1 in an amount of approximately $31,711.50, based on fraudulent representations and concealments;

In violation of Title 18, United States Code, Sections 641.

## COUNT 2
### (Theft of Government Funds)
### (18 U.S.C. § 641)

Between on or about March 1, 2017, and continuing through on or about November 30, 2020, within the District of Oregon, defendant CRYSTAL GIDDENS did knowingly and willfully steal and convert to her own use or the use of another, money of the Social Security Administration, a department and agency of the United States, to wit: by receiving Supplemental Security Income benefits intended for care of MV2 in an amount of approximately $31,711.50, based on fraudulent representations and concealments;

In violation of Title 18, United States Code, Sections 641.

## COUNT 3
### (Conversion by Representative Payee)
### (42 U.S.C. § 408(a)(5))

Between on or about March 1, 2017, and continuing through on or about November 30, 2020, within the District of Oregon, defendant CRYSTAL GIDDENS, having made application to receive payment under Title 42, Chapter 7, Subchapter II of the United States Code for the use and benefit of another and having received such payments, knowingly and willfully converted such payments, totaling approximately $31,711.50, to a use other than for the use and benefit of such other person, to wit: by receiving Supplemental Security Income benefits intended for care of MV1 as Representative Payee and converting the payments to her own use.

In violation of 42 U.S.C. § 408(a)(5).

## COUNT 4
### (Conversion by Representative Payee)
### (42 U.S.C. § 408(a)(5))

Between on or about March 1, 2017, and continuing through on or about November 30, 2020, within the District of Oregon, defendant CRYSTAL GIDDENS, having made application

**Indictment**                                                                 **Page 2**

to receive payment under Title 42, Chapter 7, Subchapter II of the United States Code for the use and benefit of another and having received such payments, knowingly and willfully converted such payments, totaling approximately $31,711.50, to a use other than for the use and benefit of such other person, to wit: by receiving Supplemental Security Income benefits intended for care of MV2 as Representative Payee and converting the payments to her own use.

In violation of 42 U.S.C. §408(a)(5).

Dated: July 13, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

RACHEL K. SOWRAY, OSB #095159
Special Assistant United States Attorney